**UNITED STATES DISTRICT COURT**
**District of Connecticut**

| | |
|---|---|
| Chauncy Moore,<br><br>                              Plaintiff<br><br>vs.<br><br>THE CITY OF NORWALK,<br><br>P.O. JARED ZWICKLER, Badge No. Z007, Individually and in his Official Capacity,<br><br>P.O. FRANCOIS VAN RENSBURG, Badge No. V008, Individually and in his Official Capacity,<br><br>P.O. TYRONE BOYD, Badge No. B025, Individually and in his Official Capacity,<br><br>P.O. ROBERT ZWILLICH, Badge No. Z008, Individually and in his Official Capacity, and<br><br>P.O. TIMOTHY SHEEHAN, Badge No. S025, Individually and in his Official Capacity,<br><br>                              Defendants | No. 3:17-cv-00695(JAM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>January 30, 2018 |

**MOTION FOR RELIEF FROM APPOINTMENT**

Undersigned counsel in the above-captioned matter, pursuant to District of Connecticut Local Rule of Civil Procedure 83.10(g), requests an order from the Court for relief from appointment. The undersigned counsel is taking a hiatus from the practice of law starting on or before February 15, 2018. This motion is in compliance with Rule 6.2 of the Connecticut Rules of Professional Conduct and Local Rule 7(e). The attached mailing slip indicates that the Plaintiff, Mr. Chauncy Moore, has received actual notice, by certified mail, of undersigned counsel's intent to withdraw.

*[signature]*

Chris La Tronica (ct30294)
Pattis & Smith, LLC
383 Orange Street New Haven, CT 06511
P: 203-393-3017 F: 203.393.9745
clatronica@pattisandsmith.com

*[USPS Certified Mail Receipt affixed, addressed to:]*

CONFIDENTIAL LEGAL MAIL
Chauncey Moore, Reg # 15191-014
MDC BROOKLYN
P.O. BOX 329002
BROOKLYN, NY 11232

MDC Brooklyn
Metropolitan detention center
P.O. BOX 329002
Brooklyn, NY 11232

Mr. Moore,

    I hope this letter finds you well.  Currently, I lack the time necessary to represent you because of other professional commitments.  This means I will be requesting relief from my appointment in your case.  I have attached a copy of the relevant section of the local federal rule for your convenience.  Specifically, you should know that "[i]f an application for relief from an appointment is granted, another attorney may be ordered to represent the party.  The Judge shall have the discretion to deny a further appointment, in which case the party may prosecute or defend the action *pro se*."  See District of Connecticut Local Rule of Civil Procedure 83.10(d), attached to this letter.  I will follow up on this letter with a phone call.  I wish you the best of luck with your future endeavors.

                                                       Best,

                                                       Chris La Tronica

Chris La Tronica
Pattis and Smith, LLC
383 Orange Street, 1st Floor
New Haven, CT 06511
T: 203.393.3017

January 16, 2018

Chauncey Moore
Register Number: 15191-014
MDC Brooklyn
Metropolitan detention center
P.O. BOX 329002
Brooklyn, NY 11232

Mr. Moore,

I hope this letter finds you well. Currently, I lack the time necessary to represent you because of other professional commitments. This means I will be requesting relief from my appointment in your case. I have attached a copy of the relevant section of the local federal rule for your convenience. Specifically, you should know that "[i]f an application for relief from an appointment is granted, another attorney may be ordered to represent the party. The Judge shall have the discretion to deny a further appointment, in which case the party may prosecute or defend the action *pro se*." See District of Connecticut Local Rule of Civil Procedure 83.10(d), attached to this letter. I will follow up on this letter with a phone call. I wish you the best of luck with your future endeavors.

Best,

Chris La Tronica

**USPS TRACKING #**

9590 9402 2531 6306 8258 63

United States Postal Service



• Sender: Please print your name, address, and ZIP+4® in this box•

Chris LaTronica
PATTIS & SMITH, LLC
383 Orange Street, First Floor
New Haven, CT 06511

Moore

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONFIDENTIAL LEGAL MAIL
Chauncey Moore, Reg # 15191-014
MDC BROOKLYN
P.O. BOX 329002
BROOKLYN, NY  11232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Coll
☐ Agent
☐ Addressee

B. Received by (Printed Name)
A. Coll

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

BUSH TERMINAL STA.
BROOKLYN 11232
JAN
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
    00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7015 1660 0001 1383 9621

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

2

**CERTIFICATION**

This is to certify that on January 30, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

_Chris L___